IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:24-MJ-5004 |
| Plaintiff, | MAGISTRATE JUDGE DARRELL A. CLAY |
| vs. | **NO CONTACT ORDER** |
| JEREMY DAVID ADAMS, | |
| Defendant. | |

On January 4, 2024, I conducted an initial appearance arraignment for Defendant Jeremy David Adams, who is charged with Sexual Exploitation of a Minor (Production of Child Pornography), in violation of 18 U.S.C. § 2251(a). At the conclusion of the proceeding, government counsel requested that I issue a no-contact order between Mr. Adams and two other individuals, consistent with prior no-contact orders that United States District Judge Jeffrey J. Helmick issued in a now-dismissed case against Mr. Adams. *See United States v. Jeremy David Adams*, N.D. Ohio, Case No. 3:21-cr-504, ECF #42, 161. Counsel for Mr. Adams did not oppose the government's request.

For good cause shown and in the interest of justice, Jeremy David Adams must avoid all contact, whether direct, indirect, or through third parties (including, but not limited to, through any third persons, written communication, electronic mail, Internet-based communication, text messaging, or any other form of electronic communication), with the alleged victim in this case, identified as K.A., or with Kathryn Beddingfield.

Nothing in this Order operates to prohibit or limit the ability of counsel for Mr. Adams to discharge professional obligations owed to him.

**IT IS SO ORDERED.**

Dated: January 4, 2024

_____
DARRELL A. CLAY
UNITED STATES MAGISTRATE JUDGE