AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Jeremy David ADAMS | ) Case No. 3:24MJ5004 |
| Defendant | ) |

FILED
JAN 05 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jeremy David ADAMS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) - Sexual Exploitation of Minor (Production of Child Pornography)

Date: January 3, 2024

*Issuing officer's signature*

City and state:  Toledo, Ohio

Darrell A. Clay, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/3/24, and the person was arrested on *(date)* 1/3/24
at *(city and state)* TOLEDO, OH.

Date: 1/4/24

*Arresting officer's signature*

Chad Smith / Deputy U.S. Marshal
*Printed name and title*